Mark L. Venardi (SBN 173140)
Martin Zurada (SBN 218235)
Tony Venardi (SBN 336764)
VENARDI ZURADA LLP
1418 Lakeside Drive
Oakland, California 94612
Telephone: (510) 832-4295
Facsimile:    (510) 832-4364

Attorneys for Plaintiffs
HALA ALBITAR

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HALA ALBITAR et al.,<br><br>　　　　Plaintiffs,<br><br>vs<br><br>TURKISH AIRLINES, INC.,<br><br>　　　　Defendant. | Case No. 21-cv-00862-EMC<br><br>**ACKNOWLEDGEMENT OF RECEIPT TO FUND A STRUCTURED SETTLEMENT** |

1. I acknowledge receipt of the court order "Amended Order to Deposit Money Into Account" signed by Judge Edward M. Chen on October 22, 2021, attached as Exhibit "A".

2. The Life Company described below, in which funds have been used to fund a Structured Settlement under the court's order, is an interest-bearing annuity.

3. Name of Life Company:

   Annuity Company Name: USAA Life Insurance Company

4. Contract number: A00107547

5. Date Funded: November 19, 2021

I certify that the foregoing information is true and correct, that I am authorized to execute this acknowledgement of receipt, and that no withdrawal of principal or interest from Structured Settlement will be permitted without a signed, file-stamped order under this case name and

number from the court named above until the Annuitant turns eighteen years old, at which time the Amended Order to Deposit Money Into Account shall expire.

Dated: _____11/30/2021_____

                        Kathleen A. Brice
                        Type or Print Name

*Kathleen A. Brice*
Authorized Signature

- 2 -

**ACKNOWLEDGEMENT OF RECEIPT OF ORDER AND FUNDS FOR DEPOSIT INTO BLOCKED ACCOUNT**
CASE NO.: 21-cv-00862-EMC

# EXHIBIT A

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HALA ALBITAR,<br><br>        Plaintiff,<br><br>    v.<br><br>TURKISH AIRLINES INC.,<br><br>        Defendant. | Case No. 21-cv-00862-EMC<br><br>**AMENDED ORDER TO DEPOSIT MONEY INTO ACCOUNT**<br><br>Docket No. 44 |

The Court, having reviewed Declaration of Martin Zurada in Support of Plaintiff's Proposed Order to Deposit Money into Account, all materials submitted in support thereof, and other records on file, hereby **GRANTS** the Motion.

Therefore, the Court authorizes the placing of money due to A.A. from the Settlement Agreement ("Net Settlement Amount") into an account in the manner described below.

The Net Settlement Amount will be placed into an annuity. This annuity account shall be blocked and any payments from this annuity will occur when, or after, Plaintiff A.A. reaches the age of eighteen. The annuity shall be set up and disbursed in accordance with Illustration 1 as set forth in Periodic Payment Illustrations for A.A. attached to the Declaration of Martin Zurada in support of Plaintiff's Proposed Order to Deposit Money into Account as Exhibit A. *See* Docket No. 44.

No withdrawals of principal or interest shall be made from the blocked annuity account without a written order from the Court under this case name and number, signed by a judge, and bearing the seal of this Court. The money on deposit is not subject to escheat. Petitioner shall deliver a copy of this Order to each depository in which funds are deposited under this Order. The

depository's acknowledgement of receipt of the funds and Order shall be filed with this Court within 15 days of deposit.

**IT IS SO ORDERED**.

Dated: October 22, 2021

_____
EDWARD M. CHEN
United States District Judge